IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 09-263
)
JEREMY HAMM )

**ORDER OF COURT**

AND NOW, this 22 day of Sept, 2009, upon consideration of the foregoing Defendant Jeremy Hamm Unopposed Motion for Evaluation to Determine Competency to Stand Trial and for Hearing to Determine Competency, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the extension of time caused by this continuance be deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161(h)(1)(A);

IT IS FURTHER ORDERED that the government arrange to transport Jeremy Hamm to a suitable Bureau of Prisons facility for a competency evaluation FORTHWITH.

_____
Gary L. Lancaster
United States District Judge

cc: Counsel of Record