IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 09-263
)
JEREMY HAMM )

### ORDER OF COURT

AND NOW, this **3** day of May, 2010, upon consideration of the Defendant Jeremy Hamm's Unopposed Motion for Evaluation to Determine Competency to Stand Trial and to Continue Competency Hearing Pending Competency Evaluation, IT IS HEREBY ORDERED that said motion is GRANTED and Dr. Robert Wettstein shall conduct the competency evaluation and shall conduct the competency evaluation and shall be afforded a private contact visit with Jeremy Hamm at the Allegheny County Jail and follow-up visits as needed to conduct the evaluation.

IT IS FURTHER ORDERED that the hearing to determine the defendant's competency, scheduled for May 6, 2010, is hereby continued to Tuesday, June 15, 2010 at 1 p.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the period of time from the date of this order to June 15, 2010 shall be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

_/s/ Gary L. Lancaster_
Gary L. Lancaster
Chief United States District Judge

cc: All Counsel
US Marshal